■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY IRIZARRY, Appellant.—Judgment, Supreme Court, New York County (Eugene Nardelli, J.), rendered on August 20, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Asch, Milonas, Rosenberger and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARINA OCAMPO, Appellant.—Judgment, Supreme Court, New York County (Shirley Levittan, J.), rendered on July 14, 1987, unanimously affirmed.